IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TEDDY LEE CANTRELL, JR.,**
**ADC #169872**      **PLAINTIFF**

**V.**      **CASE NO. 4:20-CV-1150-LPR-BD**

**TIM RYLES,** *et al.*      **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Mr. Cantrell may file objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Cantrell does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.**      **Discussion:**

Teddy Lee Cantrell, Jr., an inmate in the Faulkner County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) In his complaint, Mr. Cantrell challenges the way Defendants chose to quarantine inmates who were exposed to COVID-19. He also claims that Defendants failed to adequately test inmates for COVID-19 and failed to properly sanitize the Detention Center. Mr. Cantrell

does not state: that he was housed with inmates who tested positive for COVID-19; whether he was ever tested for COVID-19; whether he contracted COVID-19 as a result of the conditions at the Detention Center; or that Defendants denied him access to cleaning supplies. Accordingly, the Court concluded that, as written, Mr. Cantrell did not include enough facts to state a federal claim for relief.

Accordingly, on September 29, 2020, the Court gave Mr. Cantrell until October 30, 2020, to file an amended complaint to clarify his constitutional claims. (Doc. No. 4) Mr. Cantrell was cautioned that his claims could be dismissed if he did not amend his complaint within the time allowed.

To date, Mr. Cantrell has failed to file an amended complaint, and the time to comply has passed.

### III.   Conclusion:

The Court recommends that Mr. Cantrell's claims be DISMISSED, without prejudice, based on his failure to amend his complaint and, consequently, his failure to state a federal claim for relief. The dismissal should count as a "strike" for purposes of the Prison Litigation Reform Act.

DATED this 2nd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE