# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TEDDY LEE CANTRELL, JR**                                           **PLAINTIFF**
**#169872**

v.                 Case No. 4:20-cv-01150-LPR

**TIM RYLES**, *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Cantrell has not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Cantrell's claims are DISMISSED without prejudice based on his failure to state a federal claim for relief. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE