IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TEDDY LEE CANTRELL, JR**                                            **PLAINTIFF**
**#169872**

v.                  Case No. 4:20-cv-01150-LPR

**TIM RYLES**, *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 2nd day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE